FILED
2005 Sep-19 AM 11:16
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **AVOCENT HUNTSVILLE CORPORATION,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **Civil Action No. CV-03-S-2875-NE** |
| ) | |
| **CLEARCUBE TECHNOLOGY, INC.,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

This action is before the court on defendant ClearCube's motion to strike the "Supplemental Expert Report of Joseph C. McAlexander III Regarding Infringement of U.S. Patent Numbers 6,184,919 and 6,150,997," including all testimony or other evidence related thereto (doc. no. 82). Upon consideration of the motion, briefs,[1] evidentiary submissions,[2] and contentions of counsel during the status conference held on September 16, 2005, the motion is DENIED.

---

[1] *See* doc. no. 82 (Motion to Strike Supplemental Expert Report and Related Testimony); doc. no. 93 (Avocent Huntsville's Opposition to ClearCube's Motion to Strike the Supplemental Report of Joseph C. McAlexander); doc. no. 96 (ClearCube's Reply to Avocent Huntsville's Opposition to ClearCube's Motion to Strike the Supplemental Report of Joseph C. McAlexander); doc. no. 97, Ex. 1 (Avocent Huntsville's Surreply to ClearCube's Motion to Strike the Supplemental Report of Joseph C. McAlexander).

[2] *See* doc. no. 82 (Motion to Strike), Exs. A-E; doc. no. 93 (Avocent's Opposition), Exs. 1-7.

DONE this 19th day of September, 2005.

_____
United States District Judge