# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **AVOCENT HUNTSVILLE CORPORATION,** | ) ) ) |
| **Plaintiff,** | ) ) |
| vs. | ) Civil Action No. CV-03-S-2875-NE ) |
| **CLEARCUBE TECHNOLOGY, INC.,** | ) ) ) |
| **Defendant.** | ) |

## PARTIAL DECLARATORY JUDGMENT

This action is before the court on plaintiff's motion for partial summary judgment, seeking a judgment declaring that defendant's accused products literally infringe claims 16, 17, and 18 of plaintiff's U.S. Patent No. 6,184,919 (doc. no. 139). In accordance with the memorandum opinion entered contemporaneously herewith, the motion is granted, and it is ORDERED, ADJUDGED, and DECREED that the accused products of defendant, ClearCube Technology, Inc., infringe claims 16, 17, and 18 of U.S. Patent No. 6,184,919.

DONE this 10th day of May, 2006.

_____
United States District Judge